UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shani Levi,<br><br>                Plaintiff,<br><br>v.<br><br>JP Morgan Chase & Co. a/k/a/<br>JP Morgan Chase Bank NA &<br>Chase Investment Services Corp.,<br><br>                Defendants. | Civil Action No. 1:10-cv-2066-SJ-JO<br><br><br>**Document Electronically Filed** |

## STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

It is hereby stipulated and agreed, by and between the parties in the above-captioned matter, through their undersigned attorneys, that Defendants shall have an additional 30 days beyond the original June 9, 2010 due date until Friday, July 9, 2010, in which to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter. No prior extension to respond to the Complaint has been sought or granted.

By _____
David Abrams  DA - 8126
DAVID ABRAMS, ATTORNEY AT LAW
299 Broadway, Suite 1700
New York, New York 10007
Telephone: (212) 897-5821

*Counsel for Plaintiff*

Dated: ____June 8____, 2010

By _____
Thomas A. Linthorst
MORGAN, LEWIS & BOCKIUS, LLP
502 Carnegie Center
Princeton, New Jersey 08540-6241
Telephone: (609) 919-6642

*Counsel for Defendants*

Dated: ____June 8____, 2010

**APPROVED AND SO ORDERED:**

_____